UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AMY VALENTINE,

                  Plaintiff,

      -against-

MAJOR CHEVROLET, INC.,

                  Defendant.
----------------------------------------------------------X

Index No.: 1:14-CV-06926 (AAR)(MDG)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Albertson, New York
         January 12, 2015

_Amy Valentine_
Amy Valentine
Plaintiff
32-28 102nd Street
East Elmhurst, New York 11369
(718) 838-0609

_Ryan Walton_
Ahmuty, Demers & McManus
Attorneys for Defendant
MAJOR CHEVROLET, INC.
200 I. U. Willets Road
Albertson, New York 11507
(516) 294-5433